UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HELEN ROGERS, on behalf of
BENJAMIN ROGERS, a minor child,

    Plaintiff,

vs.                      Case No. 2:05-cv-333-FtM-29DNF

JO ANNE BARNHART, Commissioner of
Social Security,

    Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #20), filed on September 12, 2006, recommending that the Commissioner's decision to deny social security disability benefits be affirmed. Plaintiff filed Objections (Doc. #21) on September 22, 2006.

**I.**

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1206, 1211 (11th Cir. 2005); Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the

Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. <u>Crawford</u>, 363 F.3d at 1158-59.  The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  <u>Moore</u>, 405 F.3d at 1211; <u>Dyer v. Barnhart</u>, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision.  <u>Dyer</u>, 395 F.3d at 1210; <u>Shinn ex rel. Shinn v. Comm'r of Soc. Sec.</u>, 391 F.3d 1276, 1282 (11th Cir. 2004); <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

## II.

Plaintiff objects to the Report and Recommendation's conclusion that the ALJ properly found Susan Rogers' mental impairment not to be "severe" within the meaning of the Social Security disability regulations.  The ALJ noted that plaintiff alleged disability due in part to anxiety and depression (Tr. 16), which he did not include in the impairments which he found to be "severe" (Tr. 16-17, 20.)  The ALJ stated: "Although the claimant apparently has a history of anxiety and depression - with apathy, mood swings and difficulty with concentration alleged at the hearing - there is no indication that she has required ongoing psychiatric or psychological counseling except for a brief period in 2001 or emergency psychiatric hospital care at any time during the period under adjudication."  (Tr. 19.) In addition, the Report

and Recommendation correctly found that plaintiff did not list any mental impairment in her disability report and there was no supportive medical evidence provided by a mental health practitioner. (Doc. #20, p. 7.) The ALJ's finding is consistent with the "slight abnormality" test set forth in <u>Brady v. Heckler</u>, 724 F.2d 914, 920 (11th Cir. 1984), <u>see also</u> <u>Bridges v. Bowen</u>, 815 F.2d 622, 625-26 (11th Cir. 1987), and is supported by substantial evidence. Plaintiff's objection in this regard is overruled.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #20) is **accepted** and **adopted** by the Court.

2. The Decision of the Commissioner of Social Security is **affirmed** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of September, 2006.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
U.S. Magistrate Judge

Counsel of Record